# THE BASCOM LAW FIRM, LLC
502 Vine Street
Poplar Bluff, Missouri 63901
**(573) 785-4878**

Fax (573) 785-2886 | | Phone (573) 785-4878
---|---|---

Attorney at Law
*Richard J. Bascom*

July 22, 2020

Paralegal
*Teresa A. Kneger*

**Personal and Confidential: To be opened and read by Dinesh Chawla ONLY!**

Chawla Hotels, Inc.
**ATTN: Dinesh Chawla**
P.O. Box 1701
Greenwood, MS 38930

**RE:   Luggage Theft Demand**

Dear Mr. Chawla:

Please be advised that my wife and I were victims your luggage thefts for which you were arrested on August 22, 2019. As a professional courtesy, we want to give you the opportunity to resolve our civil claims against you without the necessity of a public trial. At trial, among other claims, evidence will be introduced of my wife's panties' crotches being mutilated by you, which has caused her to have well documented severe emotional distress.

Some of the claims we will present at Court have a one-year statute of limitations, so we are forced to file our lawsuit against you and your company within the next few weeks. If you would rather avoid a public trial, you must settle our claims against you within the next ten days.

Therefore, we hereby demand $250,000.00 to resolve our claims against you. This demand will be held open without prejudice for ten days from the date of this letter. Settlement will not be an option after our lawsuit is filed. My personal cell phone number is (573) 778-2830. Call me if you do not want to be sued, and I will arrange for your full release of liability to be executed upon payment of our demand.

Sincerely,

*[signature]*

Richard J. Bascom
Attorney at Law

**EXHIBIT A**