22-2630

BASCOM
v
CHAWLA HOTELS
INC., ET AL.

MARK S. NORRIS          TU M. PHAM